JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR98-5030 BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE SUPERVISION |
| DAVID BOWECHOP, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant David Bowechop for early termination of supervision. The Court has reviewed the files and records herein, and hereby

ORDERS that Mr. Bowechop's period of supervision is terminated as of November 1, 2012.

DATED this 16th day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Thomas W. Hillier, II*
Federal Public Defender
Attorney for David Bowechop

ORDER GRANTING UNOPPOSED MOTION
TO TERMINATE SUPERVISION - 1
(David Bowechop, CR98-5030-BHS)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**